IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLEVELAND, et al.,

      Plaintiffs,　　　　　　　　NO.  2:12-cv-1738 KJM GGH PS

   vs.

AMERICAN MORTGAGE NETWORK, et al.,

      Defendants.　　　　　　　ORDER
_____/

      On October 1, 2012, plaintiffs filed a notice of substitution of counsel.  Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn.  However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

      IT IS SO ORDERED.

DATED: October 9, 2012

                /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

ggh:076
Cleveland1738.reassign.wpd

1